**BAXTER CREEK IRRIGATION DISTRICT and W. Coburn Cook, Trustee for the Creditors of Baxter Creek Irrigation District, Appellants, v. CALIFORNIA FISH AND GAME COMMISSION, Appellee.**

No. 12032.

United States Court of Appeals
Ninth Circuit.

Nov. 16, 1948.

W. Coburn Cook and William R. Mitchell, both of Turlock Cal., for appellant.

Fred N. Howser, Atty. Gen. of California, E. G. Benard, Deputy Atty. Gen., and Thomas W. Martin, Sp. Counsel, of Oroville, Cal., for appellee.

Before DENMAN, Chief Judge, and HEALY and BONE, Circuit Judges.

PER CURIAM.

The appeal is ordered dismissed. Siegel v. Margiotta, 2 Cir., 102 F.2d 525, 526.

**Helen Clair CHERRY, a Minor under Fifteen Years of Age, Suing by Her Father, McKinley Cherry, as Next Friend, Appellant, v. UNITED STATES of America, Appellee.**

No. 10633.

United States Court of Appeals
Sixth Circuit.

Nov. 22, 1948.

Taylor & Taylor, of Memphis, Tenn., and E. T. Palmer, of Dyersburg, Tenn., for appellant.

Wm. McClanahan, of Memphis, Tenn., for appellee.

Before HICKS, Chief Judge, and MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard upon the record and briefs and involves the same question presented in Perry v. United States of America, 6 Cir., 170 F.2d 844, and is affirmed upon the authority of the opinion in that case.

**George William BAILEY, Petitioner, v. Ben STEWART, Warden, Missouri State Penitentiary.**

No. 13865.

United States Court of Appeals
Eighth Circuit.

Nov. 15, 1948.

Rehearing Denied Dec. 3, 1948.

George William Bailey, pro se.

PER CURIAM.

Application for certificate of probable cause and motion for appointment of attorney denied.